IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHY WALLER, et al<br>    Plaintiffs | §<br>§<br>§ | CIVIL ACTON NO.<br>3:15-CV-01808-B |
| TERRY WAYNE SPRINGER, et al<br>    Intervenors | §<br>§<br>§ | |
| v. | §<br>§ | |
| CITY OF FORT WORTH, et al<br>    Defendants. | §<br>§ | |

## ENTRY OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

This is to advise the Court that I am the attorney of record for Defendants Fort Worth Police Officers Merle Green and Dana Baggott.

**SIGNED** this 4th day of June, 2015.

                                                Respectfully submitted,

                                                __/s/*James T. Jeffrey, Jr.*___
                                                JAMES T. JEFFREY, JR.
                                                State Bar No.: 10612300
                                                **LAW OFFICES OF JIM JEFFREY**
                                                2214 Park Springs Blvd.
                                                Arlington, Texas 76013
                                                Phone No.: (817) 261-4640
                                                Fax No.: (817) 275-5826
                                                **ATTORNEY FOR DEFENDANTS**
                                                **MERLE GREEN & DANA BAGGOTT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record this the 4th day of June, 2015 by certified mail, return receipt requested.

                                                __/s/*James T. Jeffrey, Jr.*___
                                                **JAMES T. JEFFREY, JR.**

---
**ENTRY OF APPEARANCE – Solo Page**