IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGIE WALLER, ET AL., | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-CV-670-Y |
| | § | |
| CITY OF FORT WORTH, TEXAS, | § | |
| ET AL. | § | |

### NOTICE OF APPEARANCE AND DESIGNATION OF ATTONREY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Richard Hoeppner, hereby notifies the Court and parties that Kenneth E. East, identified below, hereby appears on his behalf and is hereby designated as his attorney in charge.

Respectfully submitted,

*s/ Kenneth E. East*
Kenneth E. East
State Bar No. 00790622
THE LAW OFFICE OF KENNETH E. EAST
9001 Airport Freeway, Suite 675
North Richland Hills, Texas 76180
(817) 788-1111; Fax: (817) 485-2836
ken@east.law
ken1@airmail.net

ATTORNEY FOR DEFENDANT
RICHARD HOEPPNER

### CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I served a copy of this document on all parties or on their counsel of record in accordance with the Federal Rules of Civil Procedure.

*s/ Kenneth E. East*
Kenneth E. East