IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGIE WALLER; and <br> CHRIS WALLER, <br>     Plaintiffs, <br><br> TERRY WAYNE SPRINGER; and <br> GAYLA WYNELL KIMBROUGH, <br>     Intervenors, <br><br> v. <br><br> RICHARD A. HOEPPNER, <br>     Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:15-CV-670-P |

## ORDER STAYING CASE

Before the Court is the parties' Joint Motion to Stay Case Pending Interlocutory Appeal. ECF No. 405. Having considered the parties' joint motion, and for the reasons contained therein, the Court **ORDERS** this case **STAYED** until further notice following the conclusion of the parties' interlocutory appeals.

In addition, the Clerk of this Court is **DIRECTED** to administratively close this case and remove it from the statistical records. However, nothing in this Order shall be considered a dismissal or disposition of this case.

**SO ORDERED** on this **23rd day** of **February, 2021.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE